IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| PATRICK F. MALLERY <br>     Plaintiff <br><br> V. <br><br> THE UNITED STATES OF AMERICA <br>     Defendant | § <br> § <br> § <br> §    CIVIL NO. 5:07cv87 <br> §    JUDGE FOLSOM <br> § <br> § <br> § |

## ORDER GRANTING AGREED MOTION TO DISMISS WITHOUT PREJUDICE

On this day came on to be considered the Agreed Motion to Dismiss Without Prejudice filed by the parties in this cause. The Court finds that pursuant to the motion this case is and should be dismissed.

Accordingly, it is ORDERED, ADJUDGED and DECREED that this action is hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all other pending motions not expressly granted are hereby DENIED and all costs shall be borne by the party incurring the same.

**SIGNED this 9th day of September, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE